**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CV-60965-RAR**

**AVRAHAM NAHON**,
*individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

**UNITED COLLECTION BUREAU, INC.**, *et al.*,

    Defendants.
_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

    **THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal with Prejudice [ECF No. 26], filed on November 19, 2021. Being fully advised, it is

    **ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice* with each party bearing their own attorneys' fees and costs.

    **DONE AND ORDERED** in Fort Lauderdale, Florida this 19th day of November, 2021.

                                               **RODOLFO A. RUIZ II**
                                               **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record